UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America,<br><br>                                        Plaintiff,<br>vs.<br><br>Carrie Williford,<br><br>                                       Defendant(s). | Case No.: 25-mj-00705-MTS<br>Date: 8/19/2025<br>Court Time: 2:04pm-2:09pm<br><br>**MINUTE SHEET – DETENTION AND/OR PRELIMINARY HEARING** |

Mark T. Steele, U.S. Magistrate Judge    L. Tiefenthaler, Deputy Clerk    Courtroom 5

Interpreter: _____ ☐ Sworn
Counsel for Plaintiff: Adam McConney
Counsel for Defendant: Christina Hunt    FPD
Case called for: ☒ Detention Hearing, ☒ Preliminary Hearing;
☒ Defendant appears in custody with counsel;
Defendant waives: ☒ Preliminary Hearing ☐ Detention Hearing, waiver(s) executed;
☒ Government withdraws their Motion for Detention # 3 ;
☐ Defense counsel stipulates there is probable cause;
☐ Proffer(s) made;
☐ Witness(es) sworn and testimony given;
☐ Arguments heard;
☐ Court Finds Probable Cause;
Motion for Detention (Dkt # 3 ): ☐ granted, ☐ denied, ☒ moot;
☐ Court finds there are conditions which defendant can be released; Defendant ordered released;
☒ Bond set at $10,000 Bond and Conditions of Release executed;
☐ Defendant detained and remanded to custody of U.S. Marshal, ☐ Detention Order to be entered;
☐ Exhibit(s) returned to counsel.
Additional Minutes:
_____
_____

Government's Witnesses:                            Defendant's Witnesses:

Government's Exhibits:                                  Defendant's Exhibits: